UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>  SCOTT T. LAY,<br>                    Debtor.<br>_____<br><br>SCOTT T. LAY,<br>                    Appellant,<br>v.<br><br>JENS GRUENKEMIER,<br>                    Appellee. | CASE NO. C24-5503-BHS<br><br>BR CASE NO. 24-41048-MJH<br><br>ORDER |

THIS MATTER is before the Court on its own motion. Pro se, in forma pauperis debtor/appellant Scott T. Lay appealed the Bankruptcy Court's June 13, 2024, Order lifting the 11 U.S.C. § 362(a) Automatic Stay as it applied to his secured creditor, Jens Gruekemier, and the property located at 4541 E. F St., Tacoma, Washington. Dkt. 1 at 7–8.

Lay's brief was due September 3, 2024. Dkt. 4.

ORDER - 1

1    Lay has not filed a brief or anything else. Nor is there any evidence or argument
2    that Lay sought a stay of the Bankruptcy Court's Order under Federal Rule of Bankruptcy
3    8007. The appeal is **DISMISSED** for failure to prosecute. If the creditor/appellee has
4    already foreclosed on the property, Lay's appeal is also moot. *See In re Egbert*
5    *Development, LLC*, 219 B.R. 903, 905 (10th Cir. BAP 1998) (collecting cases, including
6    *Algeran, Inc. v. Advance Ross Corp.*, 759 F.2d 1421, 1423-25 (9th Cir. 1985)).

7    The Clerk shall close the case. *In re Egbert Development, LLC*, 219 B.R. 903, 905
8    (10th Cir. BAP 1998) (collecting cases, including *Algeran, Inc. v. Advance Ross Corp.*,
9    759 F.2d 1421, 1423-25 (9th Cir. 1985)).

10    **IT IS SO ORDERED**.

11    Dated this 28th day of October, 2024.

        _____
        BENJAMIN H. SETTLE
        United States District Judge

ORDER - 2